No. 83–196. RUCKELSHAUS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY v. MONSANTO CO. Appeal from D. C. E. D. Mo. Probable jurisdiction noted. JUSTICE WHITE took no part in the consideration or decision of this case.

No. 82–2113. RICHARDSON v. UNITED STATES. C. A. D. C. Cir. Certiorari granted.

No. 82–1608. SOUTH-CENTRAL TIMBER DEVELOPMENT, INC. v. LERESCHE, COMMISSIONER, DEPARTMENT OF NATURAL RESOURCES OF ALASKA, ET AL. C. A. 9th Cir. Motion of Pacific Rim Trade Association et al. for leave to file a brief as amici curiae granted. Certiorari granted.

No. 83–1.. KOEHLER, WARDEN v. ENGLE. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 82–1762. TRUSTEES OF REX HOSPITAL ET AL. v. HOSPITAL BUILDING CO. C. A. 4th Cir. Certiorari denied.

No. 82–1879. ROUSSEAU v. NIX. C. A. 10th Cir. Certiorari denied.

No. 82–1895. KREBS v. KREBS. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 82–1961. SCHIAVONI, AKA FOMAGE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1984. SMITH v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 82–2040. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–2072. IN RE HISS. C. A. 2d Cir. Certiorari denied.